**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Marcheschi, David L. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  9780 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>1 Pinecone Lane<br>Sleepy Hollow, IL<br>ZIPCODE  60118 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): David L. Marcheschi |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: Design Molding, Inc. | Case Number: 08-08367 | Date Filed: April 7, 2008 |
| District: Northern District of Illinois | Relationship: Corporation | Judge: John H. Squires |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>David L. Marcheschi |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ David L. Marcheschi
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
June 2, 2008
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** /s/ Richard T. Jones
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
Printed Name of Attorney for Debtor(s)

Jones & Hart Law Offices
Firm Name

138 Cass Street
Address

Post Office Box 1693      Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

June 2, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

In re David L. Marcheschi _____     Case No._____
Debtor(s)                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 – 31415 - Adobe PDF

**Official Form 1, Exh. D (10/06) – Cont.**

    ☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

    **If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

    ☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
        ☐  Active military duty in a military combat zone.

    ☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

    **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ David L. Marcheschi _____
              DAVID L. MARCHESCHI

Date: June 2, 2008 _____

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  31415 - Adobe PDF

**B6A (Official Form 6A) (12/07)**

In re   David L. Marcheschi                                          Case No. _____
            **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1/3 interest of 111 Georgia Street Michigan City, IN-Total value-$450,000.00 | Jt. ten. w/ D. Bellio & D. Macheschi | J | 150,000.00 | 354,000.00 |
| 1/3 interst of N10578 Taylor Rd. Wausaukee, WI-Total value $450,000.00 | Jt. ten. w/ D. Bellio & D. Macheschi | J | 150,000.00 | 350,000.00 |
| 39W792 N. Robert Frost Circle St. Charles, IL | Joint tenancy with spouse | J | 550,000.00 | 470,000.00 |
| | | Total ➤ | 850,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re   David L. Marcheschi                                           Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account LaSalle Bank | J | 3,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings owned jointly with spouse Debtor's possession | J | 2,800.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Necessary wearing apparel Debtor's possession | H | 600.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous sports equipment Debtor's possession | H | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Cash value life insurance policy | H | 2,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

In re    David L. Marcheschi                                    Case No. _____
    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 75 shares of Disney stock Debtor's possession | H | 2,495.25 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Claim against Mertz-case no. 06AR362 | H | 3,762.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

In re   David L. Marcheschi
_____
                    **Debtor**

Case No. _____
                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Yamaha PW80<br>Debtor's possession | H | 500.00 |
| | | 2002 Mitsubishi Montero Sport; 157,000 miles<br>Debtor's possession | H | 2,800.00 |
| | | 2007 Pontiac G5 subject to lien of Capital One Auto Finance<br>Debtor's possession | J | 12,000.00 |
| | | 2005 Chevrolet Cavalier; subject to lien of Chase Bank<br>Debtor's possession | J | 5,000.00 |
| 26.  Boats, motors, and accessories. | | 1985 Searay SDSP 390 boat; owned jointly with spouse subject to lien of Fifth Third Bank<br>Debtor's possession | J | 65,000.00 |
| | | 1999 Seadoo GTI waverunner; owned jointly with spouse<br>Debtors' possession | J | 2,000.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Computer & printer owned jointly with spouse<br>Debtor's possession | J | 500.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |

_____ continuation sheets attached      Total      $ _____

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re   David L. Marcheschi                                          Case No. _____
                 **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 | | 102,757.25 |

**B6C (Official Form 6C)  (12/07)**

In re   David L. Marcheschi                                  Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                   ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                       $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking account | 735 I.L.C.S 5§12-1001(b) | 1,500.00 | 3,000.00 |
| Miscellaneous household goods and furnishings owned jointly with spouse | 735 I.L.C.S 5§12-1001(b) | 1,400.00 | 2,800.00 |
| Necessary wearing apparel | 735 I.L.C.S 5§12-1001(a) | 600.00 | 600.00 |
| Cash value life insurance policy | 735 I.L.C.S 5§12-1001(f) | 2,000.00 | 2,000.00 |
| 75 shares of Disney stock | 735 I.L.C.S 5§12-1001(b) | 1,100.00 | 2,495.25 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  31415 - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re _____David L. Marcheschi_____ ,     Case No. _____

       **Debtor**                                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of Shorewood<br>700 W. Jefferson Street<br>Shorewood, IL 604531-7608 | X | | Security: 39W792 N. Robert Frost Cir., St. Charles, IL<br><br><br>VALUE $     550,000.00 | | | | 400,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Capital One Auto Finance<br>Bankruptcy Department<br>Post Office Box 93016<br>Long Beach, CA 90809 | | | Lien: PMSI non-vehicle < 365 days<br>Security: 2007 Pontiac G5<br><br>VALUE $     12,000.00 | | | | 15,234.00 | 3,234.00 |
| ACCOUNT NO.<br><br>Chase Automotive Finance<br>Bankruptcy Department<br>900 Stewart Avenue, 4th Fl.<br>Garden City, NY 11530-4855 | | | Lien: Auto loan<br>Security: 2005 Chevrolet Cavalier<br><br>VALUE $     5,000.00 | | | | 7,703.00 | 2,703.00 |

  _2_ continuation sheets attached

Subtotal ►    $   422,937.00     $   5,937.00
(Total of this page)

Total ►    $         $
(Use only on last page)

(Report also on      (If applicable, report
Summary of Schedules)     also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont.**

In re    David L. Marcheschi_____,    Case No. _____

           **Debtor**                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fifth Third Bank<br>Cust. Ser. Dept./Mail Drop 1090G1<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | | | Lien: PMSI<br>Security: 1985 Searay boat<br><br>VALUE $    65,000.00 | | | | 57,767.41 | 0.00 |
| ACCOUNT NO.<br><br>Hudson City Savings Bank<br>c/o Heavner, Scott, et al<br>Post Office Box 740<br>Decatur, IL 62525 | X | | Lien: Mortgage<br>Security: 39W792 Robert Frost Circle, St. Charles, IL<br><br>VALUE $    450,000.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 0735726523<br><br>Washington Mutual<br>3990 S. Babcock Street<br>Mail Stop MBO119FL<br>Melbourne, FL 32901 | X | | Lien: Second mortgage<br>Security: 39W792 N. Robert Frost Circle, St. Charles, IL<br><br>VALUE $    550,000.00 | | | | 80,309.00 | 0.00 |
| ACCOUNT NO.<br><br>Washington Mutual<br>c/o Heavner, Scott Beyers & Mihlar<br>111 E. Main Street, #200<br>Decatur, IL 62525 | X | | Lien: Mortgage<br>Security: 39W792 N. Robert Frost Circle, St. Charles, IL<br><br>VALUE $    550,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Washington Mutual<br>Default Cash Processing<br>7255 Baymeadows Way<br>Jacksonville, FL 32256 | X | | Lien: Mortgage<br>Security: 39W792 Robert Frost Circle, St. Charles, IL<br><br>VALUE $    550,000.00 | | | | 390,000.00 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $  528,076.41 | $  0.00 |
| Total(s)<br>(Use only on last page) | $  951,013.41 | $  5,937.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

**B6E (Official Form 6E) (12/07)**

In re David L. Marcheschi _____ ,    Case No._____
_____Debtor_____                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of  priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re David L. Marcheschi _____,    Case No._____
                                        Debtor                                                           (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  31415 - Adobe PDF

1
_____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re  David L. Marcheschi_____,   Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)　　Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Illinois Dept. of Revenue<br>Bankruptcy Section<br>Post Office Box 64338<br>Chicago, IL 60664-0338 | | | Consideration:<br>Personal liablity for corp. debt | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>230 South Dearborn Street<br>STOP 5013-CHI<br>Chicago, Illinois 60604 | | | Consideration:<br>Personal liablity for corp. debt | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $　　0.00 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $　　0.00 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $　　0.00 | $　　0.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re   David L. Marcheschi_____,   Case No. _____

**Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AAcurate Welding Service<br>501 S. County Line Rd.<br>Franklin Park, IL 60131 | | | Consideration: Personal liability for corp. debt | | | | 145.00 |
| ACCOUNT NO.<br><br>Accusonics, Inc.<br>8412 Wilmette Ave.<br>Darien, IL 60561 | | | Consideration: Personal liability for corp. debt | | | | 900.00 |
| ACCOUNT NO.<br><br>ACM Plastic Products, Inc.<br>Post Office Box 580<br>Sturgis, MI 49091 | | | Consideration: Personal liability for corp. debt | | | | 20,841.80 |
| ACCOUNT NO.<br><br>AIF<br>1393 Jeffrey Drive<br>Addison, IL 60101 | | | Consideration: Personal liability for corp. debt | | | | 47,834.80 |

___18___continuation sheets attached

Subtotal ► | $ | 69,721.60

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   David L. Marcheschi_____,        Case No. _____
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allied Instrument<br>3136 Clarence Avenue<br>Berwyn, IL 60402 | | | Consideration: Personal liability for corp. debt | | | | 816.20 |
| ACCOUNT NO.<br>Allied Waste Services, #551<br>Post Office Box 9001154<br>Louisville, KY 40290-1154 | | | Consideration: Personal liability for corp. debt | | | | 1,224.30 |
| ACCOUNT NO.<br>Alois Box Company, Inc.<br>2000 N. Mannheim Rd.<br>Melrose Park, IL 60160 | | | Consideration: Personal liability for corp. debt | | | | 15,516.40 |
| ACCOUNT NO.<br>American General Finance<br>1409 W. Lake Street<br>Addison, IL 60101-1870 | | | Consideration: Personal loan | | | | 6,267.00 |
| ACCOUNT NO.<br>Amerigas<br>522 S. Vermont Street<br>Palatine, IL 60067-6948 | | | Consideration: Personal liability for corp. debt | | | | 1,313.63 |

Sheet no. __1__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   25,137.53

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  David L. Marcheschi                              ,        Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Amk Plastics, LLC <br> 5215 Old Orchard Rd., #740 <br> Skokie, IL 60077 | | | Consideration: Personal liability for corp. debt | | | | 64,195.45 |
| ACCOUNT NO. <br><br> Ann Marcheschi <br> 39W792 N. Robert Frost Circle <br> St. Charles, IL 60175 | | | Consideration: Co-debtor | | | | Notice Only |
| ACCOUNT NO. <br><br> Arburg <br> 125 Rockwell Road <br> Newington, CT 06111 | | | Consideration: Personal liability for corp. debt | | | | 1,060.00 |
| ACCOUNT NO. <br><br> Arlington Fastener Co. <br> c/o Johnson, Morgan & Whte <br> 6800 Broken Sound Pkwy <br> Bacon Raton, FL 33487-2788 | | | Consideration: Personal liability for corp. debt | | | | 352.90 |
| ACCOUNT NO. <br><br> Bank of America <br> c/o Arthur B. Adler & Assoc. <br> 25 E. Washington Street, #500 <br> Chicago, IL 60602-1702 | | | Consideration: Credit card debt | | | | Notice Only |

Sheet no. __2__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        65,608.35

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___David L. Marcheschi_____ ,   Case No. _____

**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bank of America c/o Freedman, Anselmo, et al 1807 W. Diehl Rd., #333 Naperville, IL 60566-7228 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. Bank of America Recovery Department Post Office Box 2278 Norfolk, VA 23501-2278 | | | Consideration: Credit card debt | | | | 23,650.00 |
| ACCOUNT NO. Bank of America Lockbox Serv. Constellation New Energy, Inc. 14217 Collections Center | | | Consideration: Personal liability for corp. debt | | | | 35,306.86 |
| ACCOUNT NO. Beerman Swerdlove, LLP 161 N. Clark Street, #2600 Chicago, IL 60601 | | | | | | | 675.00 |
| ACCOUNT NO. Begoun, Inc. 665 W. Grand Ave., #200 Elmhurst, IL 60126 | | | Consideration: Personal liability for corp. debt | | | | 70,711.11 |

Sheet no. __3__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   130,342.97

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  David L. Marcheschi_____,      Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  41173313549673<br><br>Beneficial<br>Post Office Box 17574<br>Baltimore, MD 21297 | | | Consideration: Personal loan | | | | 9,000.00 |
| ACCOUNT NO.  7001 0610 0023 8994<br><br>Best Buy/HRS USA<br>Post Office Box 17298<br>Baltimore, MD 21297-1298 | | | Consideration: Credit card debt | | | | 4,299.32 |
| ACCOUNT NO.<br><br>Bullet Freight<br>721 E. Ball Rad<br>Anaheim, CA 92805 | | | Consideration: Personal liability for corp. debt | | | | 350.00 |
| ACCOUNT NO.<br><br>Cary J. Bortnick, MD<br>c/o Harvard Collection Serv.<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534 | | | Consideration: Medical services | | | | 420.00 |
| ACCOUNT NO.<br><br>Challenge Plastics Products<br>Post Office Box 278<br>110 W. Industrial Drive<br>Edinburgh, IN 46124 | | | Consideration: Personal liability for corp. debt | | | | 1,000.00 |

Sheet no. __4__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  15,069.32

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   David L. Marcheschi_____,      Case No. _____
                **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chardon Lab. Accts. Rec.<br>7300 Tussing Rd.<br>Reynoldsburg, OH 43068 | | | Consideration: Personal liability for corp. debt | | | | 1,226.67 |
| ACCOUNT NO.  5149 2328 1000 9241<br><br>Chase Card Service<br>Post Office Box 15129<br>Wilmington, DE 19850-5129 | | | Consideration: Credit card debt | | | | 24,000.00 |
| ACCOUNT NO.<br><br>Cingular Wireless<br>Post Office Box 6428<br>Carol Stream, Illinois 60197-6428 | | | Consideration: Personal liability for corp. debt | | | | Unknown |
| ACCOUNT NO.  5156 9100 0010 1247<br><br>Citi Business Card<br>Post Office Box 6309<br>The Lakes, NV 88901-6309 | | | Consideration: Business debt | | | | 20,256.00 |
| ACCOUNT NO.<br><br>Country Gas Co.<br>Post Office Box 269<br>Wasco, IL 60183 | | | Consideration: Personal liability for corp. debt | | | | 329.65 |

Sheet no. __5__ of __18__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 45,812.32

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   David L. Marcheschi_____,    Case No. _____

        **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Crown Services<br>637 W. North Ave.<br>Villa Park, IL 60181 | | | Consideration: Personal liability for corp. debt | | | | 1,522.99 |
| ACCOUNT NO.<br><br>Delnor Community Hospital<br>c/o KCA Financial Services<br>Post Office Box 53<br>Geneva, IL 60134 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  Multiple accounts<br><br>Delnor Community Hospital<br>Post Office Box 71185<br>Chicago, Illinois 60694 | | | Consideration: Medical services | | | | 1,015.00 |
| ACCOUNT NO.<br><br>DEX Logistics, Inc.<br>Post Office Box 768<br>Elk Grove Village, IL 60009 | | | Consideration: Personal liability for corp. debt | | | | 955.00 |
| ACCOUNT NO.<br><br>Double D Express, Inc.<br>Post Office Box 606<br>Peru, IL 61354-0606 | | | Consideration: Personal liability for corp. debt | | | | 203.58 |

Sheet no. _6_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    3,696.57

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re David L. Marcheschi _____,   Case No. _____
**Debtor**   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Etch-Tech, Inc.<br>494 W. Wrightgood Ave.<br>Elmhurst, IL 60126 | | | Consideration: Personal liability for corp. debt | | | | 820.00 |
| ACCOUNT NO.<br><br>Fastenal Company<br>Post Office Box 978<br>Winona, MN 55987-0978 | | | Consideration: Personal liability for corp. debt | | | | 139.73 |
| ACCOUNT NO.<br><br>FBN Shipping Solutions<br>Post Office Box 94515<br>Palatine, IL 60094 | | | Consideration: Personal liability for corp. debt | | | | 450.00 |
| ACCOUNT NO.<br><br>Federal Express<br>Post Office Box 1140, Dept. A<br>Memphis, TN 38101-1140 | | | Consideration: Personal liability for corp. debt | | | | 126.63 |
| ACCOUNT NO.<br><br>Gimbel, Abrams, & Singer<br>10 S. Riverside Plaza<br>Chicago, IL 60606 | | | Consideration: Personal liability for corp. debt | | | | 4,817.00 |

Sheet no. 7 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  6,353.36

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   David L. Marcheschi_____,    Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Glenn R. Gaffney<br>Attorney at Law<br>1771 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | | | Consideration: Personal liability for corp. debt | | | | 4,582.22 |
| ACCOUNT NO.<br><br>Grainger<br>Dept. 136-836170985<br>Palatine, IL 60038-0001 | | | Consideration: Personal liability for corp. debt | | | | 26,179.72 |
| ACCOUNT NO.<br><br>Gripworks<br>c/o Sinclair & Rush Company<br>4149 Paysphere Circle<br>Chicago, IL 60674 | | | Consideration: Personal liability for corp. debt | | | | 26,179.72 |
| ACCOUNT NO.<br><br>H. Satler Plastics, Co., Inc.<br>54010 W. Roosevelt<br>Chicago, IL 60644 | | | Consideration: Personal liability for corp. debt | | | | 68,565.73 |
| ACCOUNT NO.<br><br>Handles USA<br>3758 Paysphere Circle<br>Chicago, IL 60674 | | | Consideration: Personal liability for corp. debt | | | | 35,993.44 |

Sheet no. __8__ of __18__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    161,500.83

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  David L. Marcheschi _____ ,   Case No. _____
        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Harris Bank <br> Post Office Box 50882 <br> Henderson, NV 89016-0882 | | | Consideration: Credit card debt | | | | 0.00 |
| ACCOUNT NO. <br><br> Haskin & Corrigan <br> 128 S. County Farm Road <br> Wheaton, Illinois 60187 | | | Consideration: Personal liability for corp. debt | | | | 7,733.00 |
| ACCOUNT NO. <br><br> Illinois Fire <br> 702 S. Rohlwing Rd. <br> Addison, IL 60101 | | | Consideration: Personal liability for corp. debt | | | | 228.50 |
| ACCOUNT NO. <br><br> Inter-Plastics Co. <br> 41 W. Goebel Drive <br> Lombard, IL 60148 | | | Consideration: Personal liability for corp. debt | | | | 43,032.94 |
| ACCOUNT NO. <br><br> Jerrold L. Schwartz, MD <br> Northwest Gastric <br> 1416 S. Arlington Hts. Rd. <br> Arlington Heights, IL 60005 | | | Consideration: Medical services | | | | 896.60 |

Sheet no. 9 of 18 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 51,891.04

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   David L. Marcheschi_____,        Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jet Age Container<br>Post Office Box 88279<br>Chicago, IL 60680-1279 | | | Consideration: Personal liability for corp. debt | | | | 6,027.13 |
| ACCOUNT NO.<br><br>Kerry Transport Services<br>Post Office Box 66128<br>Chicago, Illinois 60666 | | | Consideration: Personal liability for corp. debt | | | | 1,257.30 |
| ACCOUNT NO.  033 3185 270<br><br>Kohls<br>Post Office Box 2983<br>Milwaukee, WI 53201-2983 | | | Consideration: Credit card debt | | | | 1,085.53 |
| ACCOUNT NO.<br><br>Krause Maffei<br>2020 Momentum Place<br>Chicago, IL 60689-5320 | | | Consideration: Personal liability for corp. debt | | | | 3,191.74 |
| ACCOUNT NO.<br><br>Law Offices of Andrew M. Carter<br>401 S. Carlton, #204<br>Wheaton, IL 60187 | | | Consideration: Personal liability for corp. debt | | | | 3,395.00 |

Sheet no. __10__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,956.70

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  David L. Marcheschi                                              ,        Case No. _____
                    **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M&M Heavy Haul<br>417 Pleasant Drive<br>Schaumburg, IL 60193 | | | Consideration: Personal liability for corp. debt | | | | 1,402.50 |
| ACCOUNT NO.   4378 0690 27620<br><br>Macy's<br>Post Officice Box 8058<br>Mason, Ohio 45040 | | | Consideration: Credit card debt | | | | 3,483.05 |
| ACCOUNT NO.<br><br>Macy's/Marshall Fields<br>c/o Forster & Garbus<br>Post Office Box 9030<br>Farmington, NY 11735-9030 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Matrix IV, Inc.<br>610 East Judd Street<br>Woodstock, IL 60098 | | | Consideration: Personal liability for corp. debt | | | | 14,228.76 |
| ACCOUNT NO.<br><br>McMaster Carr Supply Co.<br>Post Office Box 7690<br>Chicago, IL 60680-7690 | | | Consideration: Personal liability for corp. debt | | | | 155.48 |

Sheet no.  11  of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    19,269.79

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   David L. Marcheschi_____,   Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MHS Physicians<br>Post Office Box 5081<br>Janesville, WI 53547-5081 | | | Consideration: Medical services | | | | 142.20 |
| ACCOUNT NO.<br><br>Michigan Tool Works<br>Post Office Box 158<br>Surgis, MI 49091 | | | Consideration: Personal liability for corp. debt | | | | 1,295.00 |
| ACCOUNT NO.<br><br>MND Transportation, Inc.<br>Post Office Box 860<br>West Chicago, IL 60186-0860 | | | Consideration: Personal liability for corp. debt | | | | 1,608.00 |
| ACCOUNT NO.<br><br>Norcomm<br>Post Office Box 1408<br>395 W. Lake Street<br>Elmhurst, IL 60126 | | | Consideration: Personal liability for corp. debt | | | | 165.00 |
| ACCOUNT NO.<br><br>Paramount Plastics<br>231228 Momentum Place<br>Chicago, IL 60689-5311 | | | Consideration: Personal liability for corp. debt | | | | 4,781.46 |

Sheet no. __12__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 7,991.66

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   David L. Marcheschi                                    ,          Case No. _____
             **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peacock Colors, Inc.<br>1000 National Ave.<br>Addison, IL 60101 | | | Consideration: Personal liability for corp. debt | | | | 13,891.42 |
| ACCOUNT NO.<br><br>Plastic Ingenuity<br>1017 Park Street<br>Cross Plaines, WI 53528 | | | Consideration: Personal liability for corp. debt | | | | 4,201.54 |
| ACCOUNT NO.<br><br>Plastic Services Group<br>115 S. Wilke Rd., #206E<br>Arlington Heights, IL 60005 | | | Consideration: Personal liability for corp. debt | | | | 450.00 |
| ACCOUNT NO.<br><br>Progressive Plastics<br>670 Sundown Road<br>South Elgin, IL 60177 | | | Consideration: Personal liability for corp. debt | | | | 312.50 |
| ACCOUNT NO.<br><br>Prose Orthodontics<br>2055 Foxfield Circle<br>St. Charles, IL 60174 | | | Consideration: Medical services | | | | 1,762.00 |

Sheet no. _13_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    20,617.46

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) (Cont.)

In re   David L. Marcheschi                               ,        Case No. _____
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-lr">Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Quantim Printing Industry<br>70 E. Lake Street, #540<br>Chicago, Illinois 60601 | | | Consideration: Personal liability for corp. debt | | | | 8,860.48 |
| ACCOUNT NO.<br><br>Quest Diagnostics<br>Post Office Box 64500<br>Baltimore, MD 21264-4500 | | | Consideration: Medical services | | | | 76.00 |
| ACCOUNT NO.<br><br>Reisch & Associates<br>Post Office Box 490<br>La Grange, IL 60525 | | | Consideration: Personal liability for corp. debt | | | | 1,676.00 |
| ACCOUNT NO.<br><br>Roscoe<br>Post Office Box 4804<br>Chicago, IL 60680-4804 | | | Consideration: Personal liability for corp. debt | | | | 1,550.49 |
| ACCOUNT NO.  3090<br><br>Security Solutions<br>1850 S. 25th Ave.<br>Broadview, IL 60155 | | | | | | | 368.91 |

Sheet no. __14__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    12,531.88

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re   David L. Marcheschi_____,   Case No. _____
       **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Shannon Industrial Corp. <br> c/o Bond, Dickson & Assoc. <br> 400 S. Knoll Street, Unit C <br> Wheaton, IL 60187 | | | Consideration: Personal liability for corp. debt | | | | Unknown |
| ACCOUNT NO. <br> Sherman Hospital <br> 934 Center Street <br> Elgin, Illinois 60120 | | | Consideration: Medical services | | | | 528.20 |
| ACCOUNT NO. <br> Smurfit-Stone <br> 14079 Collection Center <br> Chicago, IL 60693 | | | Consideration: Personal liability for corp. debt | | | | 2,391.20 |
| ACCOUNT NO. <br> Star Thermoplastic <br> 2635 S. Wabash Ave. <br> Chicago, IL 60616 | | | Consideration: Personal liability for corp. debt | | | | 2,060.00 |
| ACCOUNT NO. <br> Target National Bank <br> c/o Blatt, Hasenmiller, et al <br> 125 S. Wacker Dr., #400 <br> Chicago, IL 60606-4440 | | | Consideration: Credit card debt | | | | Notice Only |

Sheet no. _15_ of _18_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 4,979.40

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  David L. Marcheschi_____,          Case No. _____
           **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Target National Bank<br>c/o IC Systems<br>Post Office Box 64137<br>St. Paul, MN 55164-0437 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Target National Bank<br>Post Office Box 59317<br>Minneapolis, MN 55459-0317 | | | Consideration: Credit card debt | | | | 10,991.00 |
| ACCOUNT NO.<br><br>Techni Edge Mfg. Corp.<br>389 Liberty Street<br>Little Ferry, NJ 07643 | | | Consideration: Personal liability for corp. debt | | | | 3,269.52 |
| ACCOUNT NO.<br><br>The Custom Companies, Inc.<br>94338 Eagle Way<br>Chicago, IL 60678 | | | Consideration: Personal liability for corp. debt | | | | 665.58 |
| ACCOUNT NO.<br><br>Tiffany & Company<br>Post Office Box 6150<br>Parsippany, NJ 07054 | | | | | | | 3,000.00 |

Sheet no. __16__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 17,926.10 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  David L. Marcheschi                                    ,     Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Timely Express<br>2 Dorset Lane<br>Warrenton, VA 20186 | | | Consideration: Personal liability for corp. debt | | | | 1,338.85 |
| ACCOUNT NO.<br><br>TJ Tool Company, Inc.<br>1212 National Ave.<br>Addison, IL 60101 | | | Consideration: Personal liability for corp. debt | | | | 950.00 |
| ACCOUNT NO.<br><br>Tri-City Radiology<br>c/o KCA Financial Services<br>Post Office Box 53<br>Geneva, IL 60134 | | | Consideration: Medical services | | | | 169.00 |
| ACCOUNT NO.  145645<br><br>Tripple Take Lawn Care<br>24137 W. River Walk<br>Plainfield, IL 60544 | | | Consideration: Services rendered | | | | 200.00 |
| ACCOUNT NO.<br><br>United Express System<br>Post Office Box 1628<br>Aurora, IL 60507-1628 | | | Consideration: Personal liability for corp. debt | | | | 79.25 |

Sheet no. __17__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,737.10

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  David L. Marcheschi_____,          Case No. _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  United Healthcare Dept. CH 10151 Palatine, IL 60055-0151 | | | Consideration: Personal liability for corp. debt | | | | 6,928.45 |
| ACCOUNT NO.  UPS Lockbox 577 Carol Stream, IL 60132-0577 | | | Consideration: Personal liability for corp. debt | | | | 1,144.08 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __18__ of __18__ continuation sheets attached              Subtotal ▶  $         8,072.53
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                                      Total ▶  $      684,216.51

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  31415 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re    David L. Marcheschi _____    Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re   David L. Marcheschi                                    Case No. _____
               **Debtor**                                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ann Marcheschi<br>39W792 N. Robert Frost Circle<br>St. Charles, IL 60175 | Various |

B6I (Official Form 6I) (12/07)

In re  David L. Marcheschi _____     Case _____

_____Debtor_____                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, son/stepson, daughter/stepdaughter | AGE(S): 15 years, 21 years, 18 years |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Realtor/part-time |
| Name of Employer | | Baird & Warner/St. Charles Foot & Ankle |
| How long employed | 6 weeks | 6 months |
| Address of Employer | | 2255 Randall Rd. |
| | | Carpentersville, IL |

INCOME: (Estimate of average or projected monthly income at time case filed)          DEBTOR          SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 1,200.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income (D)Unemployment comp. (Specify) | $ 1,629.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,629.00 | $ 1,200.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,629.00 | $ 1,200.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 2,829.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

In re   David L. Marcheschi _____        Case No. _____
              **Debtor**                                                                  **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,200.00 |
| a. Are real estate taxes included? Yes √ No ___ | | |
| b. Is property insurance included? Yes √ No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 325.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 200.00 |
| d. Other Disposal/cell | $ | 195.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 525.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 115.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 500.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other   Second mtg. | $ | 500.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other_____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 6,035.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $1,200.00. See Schedule I) | $ | 2,829.00 |
| b. Average monthly expenses from Line 18 above | $ | 6,035.00 |
| c. Monthly net income (a. minus b.)     (Net includes Debtor/Spouse combined Amounts) | $ | -3,206.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Northern District of Illinois, Eastern Division

In re    David L. Marcheschi

_____    Case No.    _____

Debtor

Chapter    _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    850,000.00 | | |
| B – Personal Property | YES | 4 | $    102,757.25 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $    951,013.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $    684,216.51 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    2,829.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $    6,035.00 |
| **TOTAL** | | 34 | $    952,757.25 | $  1,635,229.92 | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    David L. Marcheschi _____    Case No. _____

Debtor

Chapter    _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

David L. Marcheschi

In re _____    Case No. _____
           **Debtor**    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____36_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __June 2, 2008_____    Signature: ___/s/ David L. Marcheschi_____
                                                   Debtor:

Date _____    Signature: ___Not Applicable_____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____    _____
    Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

                                                        _____
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

In Re  David L. Marcheschi _____   Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE | |
|---|---|---|---|---|
| 2008(db) | 34,125.00 | Employment | | FY: 01/01/08 to 05/31/08 |
| 2007(db) | | | | |
| 2006(db) | | | | |
| | | | | |
| 2008(nfs) | 8,061.00 | Employment | | FY: 01/01/08 to 05/31/08 |
| 2007(nfs) | | | | |
| 2006(nfs) | | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

**2.    Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2008(db) | 3,258.00 | Unemployment comp. |
| (db) | | |
| 2008(nfs) | 2,538.00 | Unemployment comp. |
| (nfs) | | |

None

☒

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Hudson Savings Bank vs. Marcheschi; Case No.:07CH2733 | Foreclosure | Kane County, IL | Pending |
| Marcheschi vs. Mertz, et al; case no. 06AR326 | Arbitration | | |
| Shannon Industrial Corp. vs. Marcheschi; et al; Case No.:07-L288 | | DuPage Co., IL | |

None
☒

b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☒

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and Receiverships**

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☒

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.   Losses**

None

☒          List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None

☒          List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.   Other transfers**

None

☒          a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None

☐          List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| | IRA Closing Balance: $3,000.00 | |

**12.   Safe deposit boxes**

None

☐          List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| LaSalle Bank St. Charles, IL | Debtor and spouse | Personal papers | |

**13.   Setoffs**

None

☒          List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|---|---|

## [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 31415 - Adobe PDF

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    June 2, 2008        Signature     /s/ David L. Marcheschi

of Debtor     DAVID L. MARCHESCHI

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____     _____
Signature of Bankruptcy Petition Preparer           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Form B8 (Official Form 8)
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

In re   David L. Marcheschi_____,     Case No. _____

                 Debtor                                                     Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

[✓] I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

[ ] I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

[✓] I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1/3 interest of 111 Georgia St... | Bank United | ✓ | | | |
| 1/3 interst of N10578 Taylor ... | Bank of Peshtigo | ✓ | | | |
| 39W792 N. Robert Frost Circ... | Washington Mutual | | | | ✓ |
| 39W792 N. Robert Frost Circ... | Washington Mutual | | | | ✓ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date: ___June 2, 2008_____     /s/ David L. Marcheschi_____

                                                 Signature of Debtor       DAVID L. MARCHESCHI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____

Address

X_____          _____
Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

AAcurate Welding Service
501 S. County Line Rd.
Franklin Park, IL 60131

Accusonics, Inc.
1412 Middlebury Dr.
Darien, IL 60561

ACM Plastic Products, Inc.
Post Office Box 590
Sturgis, MI 49091

AIF
1393 Jeffrey Drive
Addison, IL 60101

Allied Instrument
3136 Clarence Avenue
Berwyn, IL 60402

Allied Waste Services, #551
Post Office Box 9001154
Louisville, KY 40290-1154

Alois Box Company, Inc.
2000 N. Mannheim Rd.
Melrose Park, IL 60160

American General Finance
1409 W. Lake Street
Addison, IL 60101-1870

Amerigas
522 S. Vermont Street
Palatine, IL 60067-6948

Amk Plastics, LLC
5215 Old Orchard Rd., #740
Skokie, IL 60077

Ann Marcheschi
39W792 N. Robert Frost Circle
St. Charles, IL 60175

Arburg
125 Rockwell Road
Newington, CT 06111

Arlington Fastener Co.
c/o Johnson, Morgan & Whte
6800 Broken Sound Pkwy
Bacon Raton, FL 33487-2788

Bank of America
c/o Arthur B. Adler & Assoc.
25 E. Washington Street, #500
Chicago, IL 60602-1702

Bank of America
c/o Freedman, Anselmo, et al
1807 W. Diehl Rd., #333
Naperville, IL 60566-7228

Bank of America
Recovery Department
Post Office Box 2278
Norfolk, VA 23501-2278

Bank of America Lockbox Serv.
Constellation New Energy, Inc.
14217 Collections Center

Bank of Shorewood
700 W. Jefferson Street
Shorewood, IL 604531-7608

Beerman Swerdlove, LLP
161 N. Clark Street, #2600
Chicago, IL 60601

Begoun, Inc.
665 W. Grand Ave., #200
Elmhurst, IL 60126

Beneficial
Post Office Box 17574
Baltimore, MD 21297

Best Buy/HRS USA
Post Office Box 17298
Baltimore, MD 21297-1298

Bullet Freight
721 E. Ball Rad
Anaheim, CA 92805

Capital One Auto Finance
Bankruptcy Department
Post Office Box 93016
Long Beach, CA 90809

Cary J. Bortnick, MD
c/o Harvard Collection Serv.
4839 N. Elston Ave.
Chicago, IL 60630-2534

Challenge Plastics Products
Post Office Box 278
110 W. Industrial Drive
Edinburgh, IN 46124

Chardon Lab. Accts. Rec.
7300 Tussing Rd.
Reynoldsburg, OH 43068

Chase Automotive Finance
Bankruptcy Department
900 Stewart Avenue, 4th Fl.
Garden City, NY 11530-4855

Chase Card Service
Post Office Box 15129
Wilmington, DE 19850-5129

Cingular Wireless
Post Office Box 6428
Carol Stream, Illinois 60197-6428

Citi Business Card
Post Office Box 6309
The Lakes, NV 88901-6309

Country Gas Co.
Post Office Box 269
Wasco, IL 60183

Crown Services
637 W. North Ave.
Villa Park, IL 60181

Delnor Community Hospital
c/o KCA Financial Services
Post Office Box 53
Geneva, IL 60134

Delnor Community Hospital
Post Office Box 73
Chicago, Illinois 60694

DEX Logistics, Inc.
Post Office Box 5755
Elk Grove Village, IL 60009

Double D Express, Inc.
Post Office Box 606
Peru, IL 61354-0606

Etch-Tech, Inc.
494 W. Wrightgood Ave.
Elmhurst, IL 60126

Fastenal Company
Post Office Box 978
Winona, MN 55987-0978

FBN Shipping Solutions
Post Office Box 94515
Palatine, IL 60094

Federal Express
Post Office Box 1140, Dept. A
Memphis, TN 38101-1140

Fifth Third Bank
Cust. Ser. Dept./Mail Drop 1090G1
38 Fountain Square Plaza
Cincinnati, OH 45263

Gimbel, Abrams, & Singer
10 S. Riverside Plaza
Chicago, IL 60606

Glenn R. Gaffney
Attorney at Law
1771 Bloomingdale Rd.
Glendale Heights, IL 60139

Grainger
Dept. 136-836170985
Palatine, IL 60038-0001

Gripworks
c/o Sinclair & Rush Company
4149 Paysphere Circle
Chicago, IL 60674

H. Satler Plastics, Co., Inc.
54010 W. Roosevelt
Chicago, IL 60644

Handles USA
3758 Paysphere Circle
Chicago, IL 60674

Harris Bank
Post Office Box 50882
Henderson, NV 89016-0882

Haskin & Corrigan
128 S. County Farm Road
Wheaton, Illinois 60187

Hudson City Savings Bank
c/o Heavner, Scott, et al
Post Office Box 740
Decatur, IL 62525

Illinois Dept. of Revenue
Bankruptcy Section
Post Office Box 64338
Chicago, IL 60664-0338

Illinois Fire
702 S. Rohlwing Rd.
Addison, IL 60101

Inter-Plastics Co.
41 W. Goebel Drive
Lombard, IL 60148

Internal Revenue Service
230 South Dearborn Street
STOP 5013-CHI
Chicago, Illinois 60604

Jerrold L. Schwartz, MD
Northwest Gastric
1416 S. Arlington Hts. Rd.
Arlington Heights, IL 60005

Jet Age Container
Post Office Box 88279
Chicago, IL 60680-1279

Kerry Transport Services
Post Office Box 66128
Chicago, Illinois 60666

Kohls
Post Office Box 2983
Milwaukee, WI 53201-2983

Krause Maffei
2020 Momentum Place
Chicago, IL 60689-5320

Law Offices of Andrew M. Carter
401 S. Carlton, #204
Wheaton, IL 60187

M&M Heavy Haul
417 Pleasant Drive
Schaumburg, IL 60193

Macy's
Post Officice Box 8058
Mason, Ohio 45040

Macy's/Marshall Fields
c/o Forster & Garbus
Post Office Box 9030
Farmington, NY 11735-9030

Matrix IV, Inc.
610 East Judd Street
Woodstock, IL 60098

McMaster Carr Supply Co.
Post Office Box 7690
Chicago, IL 60680-7690

MHS Physicians
Post Office Box 508
Janesville, WI 53547-5081

Michigan Tool Works
Post Office Box 79001
Surgis, MI 49091

MND Transportation, Inc.
Post Office Box 860
West Chicago, IL 60186-0860

Norcomm
Post Office Box 1408
395 W. Lake Street
Elmhurst, IL 60126

Paramount Plastics
231228 Momentum Place
Chicago, IL 60689-5311

Peacock Colors, Inc.
1000 National Ave.
Addison, IL 60101

Plastic Ingenuity
1017 Park Street
Cross Plaines, WI 53528

Plastic Services Group
115 S. Wilke Rd., #206E
Arlington Heights, IL 60005

Progressive Plastics
670 Sundown Road
South Elgin, IL 60177

Prose Orthodontics
2055 Foxfield Circle
St. Charles, IL 60174

Quantim Printing Industry
70 E. Lake Street, #540
Chicago, Illinois 60601

Quest Diagnostics
Post Office Box 64500
Baltimore, MD 21264-4500

Reisch & Associates
Post Office Box 490
La Grange, IL 60525

Roscoe
Post Office Box 4804
Chicago, IL 60680-4804

Security Solutions
1850 S. 25th Ave.
Broadview, IL 60155

Shannon Industrial Corp.
c/o Bond, Dickson & Assoc.
400 S. Knoll Street, Unit C
Wheaton, IL 60187

Sherman Hospital
934 Center Street
Elgin, Illinois 60120

Smurfit-Stone
14079 Collection Center
Chicago, IL 60693

Star Thermoplastic
2635 S. Wabash Ave.
Chicago, IL 60616

Target National Bank
c/o Blatt, Hasenmiller, et al
125 S. Wacker Dr., #400
Chicago, IL 60606-4440

Target National Bank
c/o IC Systems
Post Office Box 64137
St. Paul, MN 55164-0437

Target National Bank
Post Office Box 59317
Minneapolis, MN 55459-0317

Techni Edge Mfg. Corp.
389 Liberty Street
Little Ferry, NJ 07643

The Custom Companies, Inc.
94338 Eagle Way
Chicago, IL 60678

Tiffany & Company
Post Office Box 6150
Parsippany, NJ 07054

Timely Express
2 Dorset Lane
Warrenton, VA 20186

TJ Tool Company, Inc.
1212 National Ave.
Addison, IL 60101

Tri-City Radiology
c/o KCA Financial Services
Post Office Box 53
Geneva, IL 60134

Tripple Take Lawn Care
24137 W. River Walk
Plainfield, IL 60544

United Express System
Post Office Box 1628
Aurora, IL 60507-1628

United Healthcare
Dept. CH 10151
Palatine, IL 60055-0151

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Washington Mutual
3990 S. Babcock Street
Mail Stop MBO119FL
Melbourne, FL 32901

Washington Mutual
c/o Heavner, Scott Beyers & Mihlar
111 E. Main Street, #200
Decatur, IL 62525

Washington Mutual
Default Cash Ops
7255 Baymeadows Way
Jacksonville, FL 32256

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

In re   David L. Marcheschi                                        ,

                               Debtor                    Case No. _____

                                                         Chapter   ___7_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true,

correct and complete to the best of my knowledge.

Date   June 2, 2008                          Signature        /s/ David L. Marcheschi
                                             of Debtor        _____
                                                              DAVID L. MARCHESCHI

Richard T. Jones
Jones & Hart Law Offices
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   David L. Marcheschi

Case No. _____

Chapter _____ 7 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................................................ $ ____1,600.00____

Prior to the filing of this statement I have received ........…………….................. $ ____600.00____

Balance Due .........................................…………………………….................. $ ____1,000.00____

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

| June 2, 2008 | /s/ Richard T. Jones |
|---|---|
| *Date* | *Signature of Attorney* |
| | Jones & Hart Law Offices |
| | *Name of law firm* |